## BROOKS & *a.* *v.* HOWARD.

In chancery, a decree may be made upon facts established, to the satisfaction of the court, in a trial before a jury, a referee, or the court, without regard to such errors in the issue, the verdict, or the report, as, being explained by evidence, may be rightly understood.

BILL IN EQUITY, to compel the defendant to surrender a deed alleged to have been fraudulently obtained by him from the plaintiffs. The question of fraud was tried by jury, and found for the plaintiffs. In the issue thus tried, the deed was described as dated. May 15, 1872. In the bill, it was described as dated Jan. 15, 1873. The plaintiffs offer to show that the date in the issue was erroneous, and that the question actually tried related to the deed described in the bill; and they move to amend the issue.

*Lane* and *Carleton*, for the plaintiffs.

*Faulkner* and *Forbes*, for the defendant.

DOE, C. J. The plaintiffs will be entitled to the decree sought by the bill, if they show that the validity of the deed described in the bill was the question actually tried. In chancery, a decree may be made upon facts established to the satisfaction of the court, in a trial before a jury, a referee, or the court, without regard to such errors in the issue, the verdict, or the report, as, being explained by evidence, may be rightly understood. The amendment moved for is not necessary.

*Case discharged.*

ALLEN, J., did not sit.